USDC SCAN INDEX SHEET










```
JAH    6/6/06    13:47
3:04-CV-00613   HEWLETT-PACKARD V. GATEWAY INC
*233*
*STIPO.*
```

ORIGINAL

JOHN ALLCOCK (Cal. Bar No. 098895)
SEAN C. CUNNINGHAM (Cal. Bar No. 174931)
DLA PIPER RUDNICK GRAY CARY US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiffs and Counterclaim-Defendants
HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.
and HEWLETT-PACKARD COMPANY

BRYAN FARNEY (Tex. Bar No. 06826600)
JONATHAN D. BAKER (Cal. Bar No. 196062)
DECHERT LLP
Littlefield Congress Center
106 East Sixth Street, Suite 900
Austin, TX 78701
Tel: 512.394-3000
Fax: 512.394.3001

Attorneys for Defendant and Counterclaim-Plaintiff
GATEWAY, INC.

FILED
2006 JUN -5 PM 2:34

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY, INC.,<br><br>Defendant.<br><br>GATEWAY, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., HEWLETT-PACKARD COMPANY, and COMPAQ INFORMATION TECHNOLOGIES GROUP, L.P.,<br><br>Counterclaim-Defendants. | CASE NO. 04 CV00613-B (LSP) and<br>CASE NO. 04 CV01676-B (LSP)<br>(consolidated)<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

ENTERED ON 6/6/06

SD\1657736.1
327492-86

JOINT STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS
WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT
CASE NOS. 04 CV00613-B (LSP) AND 04-CV01676-B (LSP)

DLA PIPER RUDNICK
GRAY CARY US LLP

233

Plaintiffs and Counterclaim-Defendants Hewlett-Packard Development Company, L.P. and Hewlett-Packard Company and Defendant and Counterclaim-Plaintiff Gateway, Inc. (collectively "the Parties") have reached a settlement of the pending litigation between them, including the above-captioned actions.

Pursuant to the Parties' settlement agreement and Federal Rules of Civil Procedure 41(a)(1) and 41(c), the Parties hereby stipulate to the dismissal without prejudice of these consolidated actions, Case Nos. 04 CV00613-B (LSP) and 04 CV01676-B (LSP), as follows:

1. All asserted claims and counterclaims that are pending in the above-captioned actions, Case Nos. 04 CV00613-B (LSP) and 04 CV01676-B (LSP), should be dismissed without prejudice.

2. Each of the Parties will bear its own attorneys' fees, costs, and other expenses incurred in the above-captioned actions to date.

IT IS SO STIPULATED.

Dated: May 25, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JOHN ALLCOCK
SEAN C. CUNNINGHAM
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiffs and Counterclaim-Defendants HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. and HEWLETT-PACKARD COMPANY

/////
/////
/////
/////

SD\1657736.1
327492-86
-1-
JOINT STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT
CASE NOS. 04 CV00613-B (LSP) AND 04-CV01676-B (LSP)

DLA PIPER RUDNICK
GRAY CARY US LLP

Dated: May 26, 2006

DECHERT LLP

By _____
BRYAN FARNEY
JONATHAN D. BAKER
DECHERT LLP
Littlefield Congress Center
106 East Sixth Street, Suite 900
Austin, TX 78701
Tel: 512.394.3000
Fax: 512.394.3001
Attorneys for Defendant and Counterclaim-Plaintiff GATEWAY, INC.

## ORDER

1. All asserted claims and counterclaims that are pending in the above-captioned actions, Case Nos. 04 CV00613-B (LSP) and 04 CV01676-B (LSP), are hereby dismissed without prejudice.

2. Each of the Parties will bear its own attorneys' fees, costs, and other expenses incurred in the above-captioned actions to date.

**IT IS SO ORDERED.**

Dated: 6-2-06

_____
The Honorable Rudi M. Brewster
United States District Court Judge

SD\1657736.1
327492-86

-2-
JOINT STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS
WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT
CASE NOS. 04 CV00613-B (LSP) AND 04-CV01676-B (LSP)

DLA PIPER RUDNICK
GRAY CARY US LLP